JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-0298JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| JOHN WRIGHT, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Defendant to file Exhibit A and B of Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal.

IT IS HEREBY ORDERED that Exhibits A and B to Defendant's Sentencing Memorandum be filed under seal.

DATED this 24th day of June, 2019.

The Honorable James L. Robart
U.S District Court Judge

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for John Wright

ORDER TO SEAL DOCUMENT
(*United States v. Wright*; CR18-0298JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**